# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LACV 18-7200-JVS (LAL) | Date | February 14, 2019 |
|---|---|---|---|
| Title | Alfred P. Romo v. Debbie Asuncion, Warden | | |

Present: The Honorable **Louise A. LaMothe, United States Magistrate Judge**

| Debbie Johnston | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

none present      none present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

On August 16, 2018, Petitioner filed a Petition for Writ of Habeas Corpus. On September 10, 2018, Petitioner filed an Inmate Statement Report which the previously assigned Magistrate Judge construed as an Application for Leave to Proceed In Forma Pauperis. On September 17, 2018, the Magistrate Judge issued an Order explaining to Petitioner that he had failed to submit with his In Forma Pauperis ("IFP") request the required certified copy of his prison trust fund account statement which must include activity from the six-month period immediately preceding the filing of the Petition. The Magistrate Judge allowed Petitioner 30 days to pay the filing fee or file the required documentation.

Meanwhile, on September 26, 2018, Respondent filed an Answer to the Petition. Petitioner did not pay the filing fee and did not file the required documentation to support his IFP request.

On November 15, 2018, the Magistrate Judge issued an Order allowing Petitioner an additional 30 days to pay the filing fee or submit a renewed IFP request.

On January 2, 2019, having not received a response from Petitioner, the Magistrate Judge issued an Order allowing Petitioner 30 additional days to pay the filing fee or submit a renewed IFP request. Petitioner has not responded.

Accordingly, IT IS HEREBY ORDERED that Petitioner shall show cause in writing, on or before **March 7, 2019**, why this action should not be dismissed for Petitioner's failure to pay the filing fee, prosecute this action, and/or comply with the Court's previous Orders. **Petitioner is cautioned that the failure to comply with this order or to show good cause, will result in the dismissal of this action.**

     00 : 00

Initials of Preparer    dj