**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED P. ROMO, | Case No. LACV 18-7200-JVS (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 03, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE